# Exhibit A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LIFELINK FOUNDATION,
INC.,ONELEGACY, IOWA DONOR
NETWORK,
LIFECENTER NORTHWEST, and
LIFEGIFT ORGAN DONATION CENTER,
Plaintiffs

v.

ROBERT FRANCIS KENNEDY JR.,
in his official capacity as
Secretary of Health and Human Services,

MEHMET OZ, M.D.,
in his official capacity as Administrator of the
Centers for Medicare and Medicaid Services,

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

CENTERS FOR MEDICARE AND
MEDICAID SERVICES,

Defendants.

Case No. ___8:25-cv-02042___

## DECLARATION OF STEPHANIE HERNANDEZ

I, Stephanie Hernandez, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct to the best of my knowledge and belief:

1.    I am the President and Chief Executive Officer of LifeLink Foundation, Inc. I have served in this position since October 2, 2023. I previously served as LifeLink's Chief Financial Officer, starting on January 8, 2018.

2.     I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called to do so.

**LifeLink Foundation, Inc.**

3.     LifeLink Foundation, Inc. ("LifeLink Foundation") is a Florida non-profit corporation organized and existing under the laws of Florida with its principal place of business in Tampa, Florida.

4.     Led by renowned nephrologist Dr. Dana Shires, LifeLink Foundation was founded approximately 40 years ago by a small group of innovative healthcare providers whose mission was to save lives through organ and tissue donation. Starting with 7 employees LifeLink Foundation has grown to more than 700 full-and part-time staff in west-central Florida, Georgia, and Puerto Rico.

5.     LifeLink Foundation's staff are dedicated to supporting and helping donors and donor families who want to help others through the gift of organs and tissue. They also educate the public about the ways in which an anatomical gift benefits others and the process by which such gifts are made. The Foundation works in a sensitive, diligent, and compassionate manner to facilitate the donation of organs and tissue, support research efforts to enhance the available supply of organs and tissue for transplant patients, improve clinical outcomes of patients post transplantation, and further the goals established by Congress in the National Organ Transplant Act.

6.     As a result of the generosity of its donors and families, and the hard work and dedication of the LifeLink team, LifeLink Foundation recovered more than 59,000 life-saving organs for transplant from over 18,000 heroic organ donors. In 2024

alone, LifeLink Foundation facilitated the recovery of over 3,000 organs for transplant.

7.     LifeLink of Florida, LifeLink of Georgia, and LifeLink of Puerto Rico are divisions of LifeLink Foundation.  Each is an organ procurement organization certified by the Centers for Medicare & Medicaid Services ("CMS") and assigned a geographically distinct donation service area.

8.     Under the 2020 Final Rule, in 2026 and every four-year recertification cycle thereafter, each organ procurement organization's donation rate and transplantation rate (the two metrics that determine whether the organization will lose or have to compete keep its donation service area) will be calculated using data from *a single 12-month evaluation period two years before the end of the recertification cycle*.  In addition, tier thresholds will be set based on the top quartile and median rates *from the 12 months immediately preceding the evaluation period*.  For example, for the recertification cycle ending in 2026, the metrics will be calculated using data from 2024, but organ procurement organizations will be ranked based on tier thresholds set by the top quartile and median rates from 2023.  To make matters worse, neither the data nor the calculated performance measures used to make these critical decisions will be released until the very end of the recertification cycle in 2026, giving organizations no opportunity to address or improve their performance before consequences are imposed.

9.     LifeLink Foundation's three organ procurement organizations are expected to receive different tier rankings.  This would not happen if the Final Rule

3

accounted for the unique characteristics of each service area, evaluated the processes that the organizations have put in place to accomplish their statutory obligations, and accurately measured the quality of the organizations' performance.

10.    I anticipate that in 2026 (based on 2024 data) LifeLink of Georgia will be ranked in Tier 2, LifeLink of Florida will be ranked in Tier 2, and LifeLink of Puerto Rico will be ranked in Tier 3.

11.    LifeLink of Georgia, LifeLink of Florida, and LifeLink of Puerto Rico face unique geographic and demographic challenges in their respective service areas that affect each division's ability to increase donation and transplant rates.

12.    One of the most effective strategies LifeLink and its divisions have used to address the unique geographic and demographic challenges of increasing organ donation has been to build strong, trust-based relationships within their unique communities. LifeLink Foundation and its divisions have become reliable partners to hospitals and transplant centers, medical examiner offices, and the public. Over the past four decades in Georgia, four decades in Florida, and three decades in Puerto Rico, these ongoing efforts have included continuous collaboration with medical professionals, targeted educational initiatives, and community events that honor donors, recipients, and their families.

13.    From the beginning, each LifeLink organ procurement organization has developed and maintained relationships with key stakeholders in the organ donation and transplantation process, including partnerships with medical examiners, coroners, donor hospitals, transplant centers, community partners and our local communities.

4

14.    Effective partnerships with donor hospitals based on transparency, education, and trust are essential to the operations of each of LifeLink's organ procurement organizations. Each organization is responsible for a unique service area with hospitals of different sizes and types serving varying populations with differing available resources, and has tailored its outreach and strategies to achieve success.

15.    Scientific Registry of Transplant Recipients and internal data are reviewed to identify hospitals in each donation service area with the most donor potential. Hospital and LifeLink personnel collaboratively designed interventions and identified variances. Interventions included establishing an ongoing, multidisciplinary Donation Advisory Committee; continual assessment of ICU patients at every shift change for criteria ("clinical triggers") to prompt timely and appropriate referral; implementing catastrophic brain injury guidelines; providing monthly organ donation-specific education of trainees; and training of Palliative Care staff as donation champions. Moreover, ongoing audits are completed, After Action Reviews are performed on all variances, and a corrective action plan is defined and reported to separate monthly and quarterly Quality Improvement Committees.

16.    A specific example of this process is LifeLink of Georgia's targeted intervention involving a county hospital with an underserved population that resulted in significant increases in referrals, donors, and organs transplanted. The development of initiatives in collaboration with hospital administration and clinical leadership ensured stakeholder support and the creation of a plan appropriate to the location and community the hospital serves. During a five-year period from 2013 to 2018, donors

5

from that facility increased over four-fold from 12 donors to 51 donors. For 2024, there were 66 authorized organ donors from the facility and the model has become a standard for similar hospitals across the different service areas served by LifeLink's organ procurement organizations.

17. LifeLink Foundation has established a Medical Advisory Committee to provide guidance and oversight for the development, revision, and implementation of policies and procedures. Composed of LifeLink Physician Medical Advisors, LifeLink leadership teams and transplant center physicians from each donation service area, this committee ensures effective and safe practices are in place through broad sharing of information and continual education. Through this mechanism, LifeLink ensures collaboration from experts in the field to improve operations in each service area, while being responsive to each service area's unique circumstances.

18. For example, under the guidance of the Medical Advisory Committee, the donor management protocols that were developed in the Georgia Donor Care Unit were formalized into clinical practices guidelines. These guidelines are utilized in donor hospitals across all LifeLink service areas for situations where a donor cannot be transferred to a centralized donor care location thereby improving outcomes at remote donor hospitals. Advanced training for LifeLink staff on the use of specialized technology such as disposable bronchoscopes and portable echocardiogram machines ensure these protocols can be implemented when donor hospital resources are limited.

19. Foundation investments and advancements in technology have enabled the development of a comprehensive business intelligence suite designed to support

the operational and strategic objectives of LifeLink's organ procurement organizations. This system provides organizational leadership with real-time access to critical data elements, facilitating the continuous assessment of activities throughout the donation service areas and enabling the identification of both effective practices and opportunities for strategic growth or process improvement. Leveraging these data-driven insights, LifeLink's organizations have implemented staffing models that allocate decentralized personnel to regions affected by geographic isolation, thereby improving responsiveness and service delivery.

20.     Data has also informed enhancements in donor management strategies, as demonstrated by record increases in lungs recovered for transplant. In addition, LifeLink uses data to identify donation potential and strengthen referral management practices, with three of its partner hospitals ranking among the top 25 referring hospitals nationally.

21.     Through these targeted, data-informed initiatives, LifeLink demonstrates a sustained commitment to operational excellence, continuous improvement, and the fulfillment of its mission to support organ donation. Public education regarding the importance of organ donation service has been addressed through various methods including interactions with state motor vehicle offices, engagement with schools and colleges, volunteer functions, and focused campaigns using varying forms of media.

22.     Through the use of business intelligence and other data around authorization and donor designation rates, including data from LifeLink Foundation's Multicultural Donation Education Program discussed below, the Foundation Public

7

Education team identifies and creates targeted outreach for local communities where the knowledge and acceptance of organ donation is limited.

23.    LifeLink understands that it could not accomplish its mission without the trust and generosity of donors and donor families, as well as the support of the public at large.

24.    LifeLink and I are honored to serve our donors and their families.  We are committed to honoring each donor's memory and legacy, ensuring that their story continues through the lives they save and touch.  Each LifeLink organ procurement organization is committed to providing comprehensive, compassionate support to organ donor families throughout the grieving process as well as those identified as donors in spirit (individuals who made the compassionate decision to help others through organ donation but unfortunately had no organs recovered or accepted for transplant) .

25.    This commitment includes the following:

- A series of milestone communications and supportive touchpoints with donor families, including a survey to gather feedback regarding the family's experience with LifeLink and our hospital partner, providing important feedback on how we can continue to improve the process and experience.

- Tailored grief support resources for adults, teens, and children.

8

- Facilitating written correspondence between donor families and transplant recipients when both parties wish to connect.

- Maintaining a unique online tribute platform, allowing families and friends to share memories and celebrate the legacy of their loved ones.

- Holding donor family events such as the annual Tree of Life Open House, where families are invited to view their loved one's name on the Tree of Life memorial wall, participate in remembrance activities, and explore additional ways to honor their loved one's legacy. These events are an important part of honoring our donors and equally important to the dedicated and compassionate LifeLink team members who turn our mission into reality.

26.     Through these coordinated efforts, LifeLink demonstrates a sustained commitment to supporting donor families, fostering healing, and preserving the legacy of those who have given the gift of life.

27.     In addition to the Foundation-wide initiatives described above, the following is a non-exhaustive overview of LifeLink Foundation's strategies custom-tailored to each of our three divisions—LifeLink of Florida, LifeLink of Georgia, and LifeLink of Puerto Rico—designed to address the unique challenges within each designated service area.

**LifeLink of Florida**

28.    Organ procurement organizations routinely collaborate with medical examiner (ME) offices to ensure that medically suitable donor cases under ME jurisdiction are made available for transplantation. The Florida Medical Examiners Act of 1970 establishes minimum and uniform standards for statewide ME services including defining which organ donor cases fall under ME jurisdiction.

29.    To ensure shared accountability and to support the goal of "zero denials," LifeLink of Florida partnered with a local medical examiner serving as Chair of the Florida Medical Examiner's Commission to publicly champion the practice of zero medical examiner organ denials to the entire Florida ME community. In the 10 years after this collaboration, Florida organ procurement organizations recovered over 18,000 transplantable organs from over 5800 donors. Sixty percent of these cases fell under ME jurisdiction, and only eight (0.1%) were denied by the ME, underscoring the effectiveness of this cooperative approach.

30.    LifeLink of Florida established one of the first full time Medical Directors to act as a physician liaison and educator for donor hospitals and donor hospital physicians. A former transplant nephrologist, this individual educated donor hospital clinical teams on the need for clinical support orders and trained intensivists to provide the complex care necessary for brain dead donors.

31.    LifeLink maintains long-standing partnerships with both local and out-of-area transplant centers that receive organs recovered from its donor hospitals. Through routine reviews of organ offer acceptance decisions, particularly why centers

decline certain organs, LifeLink identifies opportunities to improve processes, reinforce collaborative relationships, and save more lives. Underutilization of viable kidneys unnecessarily prolongs patients' time on dialysis, which studies have repeatedly shown carries significantly higher mortality risks than transplantation. Understanding the eventual outcomes of kidneys initially declined locally but later successfully transplanted—often with excellent results—enables LifeLink to educate transplant programs and potentially change local acceptance practices, increasing overall kidney utilization.

**LifeLink of Georgia**

32.    Through affiliation with physicians dual certified in transplant and critical care, LifeLink of Georgia developed enhanced donor management techniques to resuscitate organs and improve transplant outcomes at its Donor Care Unit.  A lung resuscitation protocol focused on lung recruitment to improve both oxygen exchange and lung parenchymal disease had a significant impact on lungs transplanted from brain dead donors resulting in more lives saved.

33.    In 2023, 99.1 percent of lungs recovered at LifeLink of Georgia's Donor Care Unit were transplanted.  As discussed above, the Foundation Medical Advisory Committee oversees these initiatives and identifies how effective practices identified in one location can be incorporated into the practices of other LifeLink organ procurement organizations.

34.    Understanding and responding to the health demographics of the local communities within LifeLink of Georgia's service area is essential to continually

11

improving and maximizing donation outcomes. The high incidence of end stage renal disease in Georgia impacts the overall quality of extra-renal organs, especially thoracic organs.

35.    In collaboration with local transplant center physicians, LifeLink studied and determined that livers are less susceptible to ESRD-associated damage than thoracic organs. LifeLink Foundation and each LifeLink organ procurement organization is fully committed to ensuring all donors, even those with the potential to provide only one lifesaving organ, are treated with same compassion, care and opportunity to donate regardless of whether medical comorbidities mean a lower organ yield, especially given high liver waitlist mortality. LifeLink has pursued liver-only donors as aggressively as multi-organ donors. During the 5-year study period, 82 percent of livers from liver-only donors were transplanted.

36.    The utilization of perfusion technology has been instrumental in maximizing the availability of organs. To deal with the high incidence of medical complexity in its service area, LifeLink of Georgia was an early adopter of machine perfusion to improve graft function. With broader organ sharing, LifeLink of Georgia has worked with transportation services to allow for transportation of organs on perfusion.

37.    LifeLink Foundation recognized in the early 1990s that the Georgia service area had a proportion of African-Americans twice the national average, with a disproportionately high number of health issues and a disproportionately low number of donors, resulting in an even more disproportionate number of African Americans

12

on organ waiting lists. In 1994, a Multicultural Donation Education Program (MDEP) was developed to support this population through the recruitment of trained staff with a concentrated focus of sharing organ donation with Black health professionals. After successful implementation, the roles and responsibilities of this program were transitioned to LifeLink of Georgia. A similar program was developed in Puerto Rico to ensure the creation and continuation of a culturally sensitive education process.

38.    Racially sensitive training and outreach programs in churches, schools, professional associations and communities is a cornerstone of our work with this community and has led to a significant and sustained increase in donations. Outreach and education are enhanced through collaboration with the Georgia Legislative Black Caucus, coordination with students at Historically Black Colleges and Universities and workplace partnerships.

39.    LifeLink of Georgia, in collaboration with three other organ procurement organizations, is funding and participating in a study that explores African American families' experiences with organ donation and organ donation conversations. The goal is to develop targeted messaging strategies, rooted in cultural sensitivity, to enhance the existing communication program. This initiative trains donation professionals in effective family-request techniques and culturally responsive messaging, with the objective of reducing racial disparities in transplant authorization rates.

13

**LifeLink of Puerto Rico**

40.     Recognizing the financial and resource constraints faced by hospitals within the Puerto Rico service area, the implementation of effective clinical practices required the purchase, training on, and transportation of medical equipment that can be mobilized and taken to the donor hospital. Such equipment includes portable and disposable bronchoscopes, portable echocardiogram machines, chest wall oscillation devices, among others.

41.     Due to its isolation from the U.S. mainland, LifeLink of Puerto Rico has adopted several technologies that allow organs to be transported over longer distances and still be successfully transplanted. Technologies such as LUNGguard, SherpaPak, LIVERguard, and PancreasPak are all maintained by LifeLink of Puerto Rico. Utilization of these newer technologies for all organs, together with relationship development with accepting surgeons at remote transplant centers has resulted in continued increases in organ placements. Transporting kidneys that cannot be transplanted at the local center to the U.S. as quickly as possible after recovery is critical to minimize cold ischemic time while the organ allocation process continues. Because the availability of flights from Puerto Rico to the U.S. mainland is limited, LifeLink of Puerto Rico partners with LifeLink of Georgia and LifeLink of Florida to

transport organs to their location for perfusion and final transportation to an accepting center.

Tampa, Florida
August 1, 2025

Stephanie Hernandez