**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| LIFELINK FOUNDATION, INC., ONELEGACY, IOWA DONOR NETWORK, LIFECENTER NORTHWEST, and LIFEGIFT ORGAN DONATION CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT FRANCIS KENNEDY JR., in his official capacity as Secretary of Health and Human Services,<br><br>MEHMET OZ, M.D., in his official capacity as Administrator of the Centers for Medicare and Medicaid Services,<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendants. | Case No. 8:25-cv-02042-KKM-SPF |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Plaintiffs respectfully request oral argument on the pending cross-motions for summary judgment. *See* Dkts. 39, 43. This Court has previously indicated that it will set a hearing if it determines "oral argument would assist in ruling on the motions." Dkt. 42 ¶ 2(d). Out of an abundance of caution, and to comply with Local Rule 3.01(i),

Plaintiffs file this formal request.

Plaintiffs submit that oral argument is likely to be helpful to the Court given the number of distinct arguments and the extensive rulemaking record. Plaintiffs further submit that oral argument is warranted because the issues presented are of exceptional public importance. Defendants are expected to implement their Final Rule's recertification process before the summer, which will have profound consequences for the nation's organ procurement network.

Plaintiffs estimate that each side will need a minimum of 30 minutes to present argument. Briefing is expected to be completed by February 26. Plaintiffs stand ready to present argument at the Court's earliest convenience after briefing concludes.

## Local Rule 3.01(g) Certification

The undersigned conferred with counsel for defendants before filing this request. Defendants stated that, although they do not join in the request for oral argument, they do not intend to file a separate opposition to this request. Defendants maintain their position that the issues can be decided on the administrative record and the parties' written briefings but defer to the Court as to the necessity for oral argument.

Dated: February 13, 2026

Respectfully submitted,

/s/ Ashley C. Parrish

| | |
|---|---|
| BRIGID A. MERENDA | MARK D. POLSTON |
| Florida Bar No. 0320500 | D.C. Bar No. 431233 (*pro hac vice*) |
| RICHARD M. HANCHETT | KING & SPALDING LLP |
| Florida Bar No. 0709212 | 1700 Pennsylvania Avenue NW |

2

TRENAM, KEMKER,
SCHARF, BARKIN, FRYE,
O'NEILL & MULLIS, P.A.
101 E. Kennedy Boulevard
Suite 2700
Post Office Box 1102
Tampa, FL 33602
(813) 227-7427
bmerenda@trenam.com
ranctil@trenam.com

*Co-Counsel for*
*Plaintiff LifeLink Foundation, Inc*

Washington, DC 20006
(202) 737-0500
mpolston@kslaw.com

*Lead Counsel for Plaintiffs*

VAL LEPPERT
 Florida Bar No. 97996
KING & SPALDING LLP
Southeast Financial Center
200 S Biscayne Boulevard, Suite 4700
Miami, FL 33131
(305) 462-6000
vleppert@kslaw.com

ASHLEY C. PARRISH
 D.C. Bar No. 464683 (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
aparrish@kslaw.com

ADAM ROBISON
 Texas Bar No. 24035497 (*pro hac vice*)
CHRISTIE CARDON
 Texas Bar No. 24036326 (*pro hac vice*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
(713) 751-3200
arobison@kslaw.com
ccardon@kslaw.com

*Counsel for Plaintiffs*
*LifeLink Foundation, Inc., OneLegacy,*
*Iowa Donor Network, LifeCenter*
*Northwest, and LifeGift Organ Donation*
*Center*

3