UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:25-cv-2042-KKM-SPF | DATE: August 10, 2026 |
| HONORABLE KATHRYN K. MIZELLE | Courtroom 13B |
| **LIFELINK FOUNDATION, INC. ET AL** <br><br> **v.** <br><br><br> **KENNEDY ET AL** | Plaintiff: Mark D. Polston, Valentin Leppert, and Ashley C. Parrish <br><br><br><br> Defendant: Katherine A. Gregory and Christopher Emden |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Kelsey Fiddes |
| INTERPRETER: n/a | |
| TIME: 1:02 p.m. – 2:47 p.m. | TOTAL: 1 hour and 45 minutes |

## CIVIL MINUTES- ORAL ARGUMENT HEARING

Court in session and counsel identified for the record.

All parties are present in the courtroom.

Statements made by counsel. Discussions with the court on the record.

Court adjourned.