**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| LIFELINK FOUNDATION, INC.,<br>ONELEGACY,<br>IOWA DONOR NETWORK,<br>LIFECENTER NORTHWEST, and<br>LIFEGIFT ORGAN DONATION CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT FRANCIS KENNEDY JR.,<br>in his official capacity as<br>Secretary of Health and Human Services,<br><br>MEHMET OZ, M.D.,<br>in his official capacity as Administrator of the Centers for Medicare and Medicaid Services,<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendants. | Case No. 8:25-cv-02042-KKM-SPF |

**NOTICE OF APPEAL**

Plaintiffs LifeLink Foundation, Inc., OneLegacy, Iowa Donor Network, LifeCenter Northwest, and LifeGift Organ Donation Center, appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on September 30, 2026, ECF No. 59, following the Court's order entered on September

29, 2026, ECF No. 58, dismissing certain claims, granting summary judgment in favor of defendants on all remaining claims, and directing the clerk to enter judgment and close the case.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Ashley C. Parrish*

MARK D. POLSTON
D.C. Bar No. 431233 (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
mpolston@kslaw.com

*Lead Counsel for Plaintiffs*

VAL LEPPERT
Florida Bar No. 97996
KING & SPALDING LLP
Southeast Financial Center
200 S Biscayne Boulevard, Suite 4700
Miami, FL 33131
(305) 462-6000
vleppert@kslaw.com

ASHLEY C. PARRISH
D.C. Bar No. 464683 (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
aparrish@kslaw.com

ADAM ROBISON
Texas Bar No. 24035497 (*pro hac vice*)
CHRISTIE CARDON
Texas Bar No. 24036326 (*pro hac vice*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100

BRIGID A. MERENDA
Florida Bar No. 0320500
RICHARD M. HANCHETT
Florida Bar No. 0709212
TRENAM, KEMKER,
SCHARF, BARKIN, FRYE,
O'NEILL & MULLIS, P.A.
101 E. Kennedy Boulevard
Suite 2700
Post Office Box 1102
Tampa, FL 33602
(813) 227-7427
bmerenda@trenam.com
ranctil@trenam.com

*Co-Counsel for*
*Plaintiff LifeLink Foundation, Inc*

Houston, TX 77002
(713) 751-3200
arobison@kslaw.com
ccardon@kslaw.com

*Counsel for Plaintiffs*
*LifeLink Foundation, Inc., OneLegacy,*
*Iowa Donor Network, LifeCenter Northwest,*
*and LifeGift Organ Donation Center*